## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 2nd day of March, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS MAIL

David Gunn, Manager
*Construction Tire & Maintenance*
2119 NW 19th Street
Ocala, FL 34475

_____
Mary E. Augustine (No. 4477)

617507v1                                3